NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BALTAZAR JIMENEZ-HERNANDEZ,          )
                                      )
            Appellant,                )
                                      )
v.                                    )          Case No. 2D17-3812
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____)

Opinion filed April 4, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Christopher
C. Sabella, Judge.

PER CURIAM.

          Affirmed.  See Galindez v. State, 955 So. 2d 517 (Fla. 2007); Lareau v.

State, 573 So. 2d 813 (Fla. 1991); Knight v. State, 6 So. 3d 733 (Fla. 2d DCA 2009).

MORRIS, SLEET, and BADALAMENTI, JJ., Concur.